IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL GROSS<br>   Plaintiff,<br>vs.<br><br>UNITED STATES DEPT. OF<br>JUSTICE, et al.,<br>   Defendants. | )<br>)<br>)  No. 3:11-CV-2023-M-BH<br>)<br>)<br>)<br>) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated May 31, 2012, and treating Plaintiff Gross's document entitled Traverse Response as objections, the Court overrules Plaintiff's objections and finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, all of Plaintiff's claims against the United States, the DOJ, the BOP, and Defendants Cruz, Anthony, and Rhodes, and the gross negligence and medical malpractice claims against Dr. Bret Downing, will be **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED** this 24th day of July, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS