IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAL GROSS, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:11-CV-2023-M-BH |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al, ) | |
|     Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant's Motion for Summary Judgment and Brief in Support*, filed October 29, 2012 (doc. 47) is **GRANTED**.

**SO ORDERED** this 30th day of July, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS